COURTROOM MINUTES

JUDGE  Hittner                                                    PRESIDING

COURTROOM CLERK     E. Alexander

COURT REPORTER      Fred Warner

LAW CLERK           Pat Fackrell

MORNING                AFTERNOON
SESSION_____       SESSION 2:40 - 3:35    DATE: 1/9/20

DOCKET ENTRY

(DH ) 4:16-3116                 (Rptr- Warner                              )
       (PROCEEDINGS: Pretrial Conference   )

Lena D. Morris                V.  Texas Health & Human Services Commission

   Appearances: For Plaintiff: David Quan

   For Defendant: Adam Biggs, Emily Ardolino, Susan Watson

Pretrial Conference held.

Witnesses: