Case 4:16-cv-03116   Document 67   Filed on 01/23/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LENA D. MORRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-16-3116 |
| | § | |
| TEXAS HEALTH AND HUMAN | § | |
| SERVICES COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## AMENDED TIMING ORDER

The Court has considered the estimated remaining time for the above-referenced matter. The parties initially estimated that the entire jury trial would require approximately **three to four trial days**.[1] Plaintiff estimates 7.5 hours for her remaining portion of the case. Defendant estimates 7.5 hours for its remaining portion of the case.

Based on the Court's evaluation of the case, the estimates provided by the parties, and the time already used[2] by the parties, the Court hereby

---

[1] One full trial day generally consists of 5.0 to 5.5 hours.

[2] Pursuant to the court reporter's real-time transcript, before entry of the initial timing order: (1) Plaintiff had already used **approximately 3.5 hours**; and (2) Defendant had already used **zero hours**.

**ORDERS** that the parties are allocated the following total time for all remaining trial matters (as of entry of the initial timing order on January 22, 2020):

- Plaintiff is allocated a total remaining time of 5.5 hours (which totals an **aggregate total trial time of 9.0 hours**); and

- Defendant is allocated a total remaining time of 6.5 hours (which totals an **aggregate total trial time of 6.5 hours**).

SIGNED at Houston, Texas, on this 23 day of January, 2020.

DAVID HITTNER
United States District Judge