# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LENA D. MORRIS,<br>*Plaintiff,* | § § § § | |
| v. | § § | Civil Action No. 4:16-cv-3116 |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION,<br>*Defendant.* | § § § § | |

---

## Verdict Form

---

We the jury return the foregoing as our unanimous verdict.

25