United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lena D. Morris, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: H-16-3116 |
| | § | |
| Texas Health and Human Services Commission, | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant, the Court hereby ORDERS that final judgment be entered in favor of the Defendant. This is a take nothing judgment. This is a FINAL JUDGMENT.

Signed at Houston, TX on the ___28___ day of January, 2020.

DAVID HITTNER
United States District Judge